Elayna J. Youchah, Bar #5837
youchahe@jacksonlewis.com
Mahna Pourshaban, Bar #13743
mahna.pourshaban@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant Golden Gate Casino, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA GILLILAND, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN GATE CASINO, LLC, a Nevada limited liability company; DOES 1 through 10 inclusive; ROES CORPORATIONS ENTITIES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:16-cv-01956-JAD-VCF<br><br>**REQUEST FOR LEAVE TO WITHDRAW ATTORNEY KRISTOFER D. LEAVITT** |

Defendant Golden Gate Casino, LLC hereby requests leave of Court to remove attorney Kristofer D. Leavitt as counsel of record from the above captioned case and the Court's docket. Mr. Leavitt is no longer an employee of Jackson Lewis P.C. and his withdrawal will not cause any delay in the action. Elayna J. Youchah will remain lead counsel of record for Defendant.

JACKSON LEWIS P.C.

Dated: October 26, 2016

/s/ Mahna Pourshaban
Elayna J. Youchah, Bar # 5837
Mahna Pourshaban, Bar #13743
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169
*Attorneys for Defendant*
*Golden Gate Casino, LLC*

**ORDER**

IT IS SO ORDERED.

_____
U.S. Magistrate Judge

Dated: 10-26-2016 _____